AUSA  Margaret M. Smith  313.226.9135
Special Agent  David Kotal, FBI  248.828.7564

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

D-1 Colin Matthew Boyle

D-2 Anngela Boyle

Case: 2:15-mj-30530
Assigned To : Unassigned
Assign. Date : 11/10/2015
Description: SEALED MATTER (LCB)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 2015 - November 9, 2015___ in the county of ___Oakland___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | production of child pornography |
| 18 U.S.C. 2252A(a)(2) | distribution of child pornography |
| 18 U.S.C. 2252A(a)(2) | receipt of child pornography |
| 18 U.S.C. 2252A(a)(5)(B) | possession of child pornography |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent David S. Kotal, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __NOV 1 0 2015__

_____
Judge's signature

City and state: _Detroit, MI_

Honorable Mona K. Majzoub U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

## INTRODUCTION

I, David Kotal, Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the Detroit Division, Oakland County Resident Agency, Troy, Michigan, being duly sworn, depose and state as follows:

1. I have been employed a Special Agent with the FBI since October 1997. My duties include the investigation of various violations of federal criminal law, including matters involving the online exploitation of children, particularly in violation of Title 18, United States Code (U.S.C.) Sections 2251, 2252 and 2252A, which criminalize the possession, receipt, and transmission of child pornography, and matters involving the online exploitation of children.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Colin Matthew Boyle** and **Anngela Boyle** for violations of 18 U.S.C. §§ 2251(a); 2252A(a)(2); and (a)(5)(B), which prohibit the production, distribution, receipt, and possession of child pornography.

1

3. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested warrant.

## PAST CHILD EXPLOITATION CONDUCT/ACTIVITY OF COLIN MATTHEW BOYLE

4. In 2003, Colin Matthew Boyle was charged with Criminal Sexual Conduct 1st Degree by the Macomb County Prosecutor's Office. He pleaded guilty to the lesser offense of Criminal Sexual Conduct 4th Degree in 2004.

5. In 2006, Boyle was charged with Criminal Sexual Conduct 3d Degree by the Oakland County Prosecutor's Office. He pleaded no contest to the lesser offense of Criminal Sexual Conduct 4th Degree in 2007.

6. Boyle is Tier 3 registered sex offender as a result of his multiple convictions for Criminal Sexual Conduct 4th Degree. A check of a local law enforcement database shows he had violated his sex offender registration requirements on two occasions. His first violation occurred while he was incarcerated for his 2007 Criminal Sexual Conduct 4th

Degree conviction. The second failure to register violation occurred several months later after he was release from jail.

7. Through an investigation conducted by the FBI, on November 9, 2015, a federal search warrant was executed at **Colin Matthew Boyle**'s two residences: (1) his parents' house in Lake Orion; and (2) his house in White Lake, Michigan, where he resides with his wife **Anngela Boyle**.

8. The search warrants were obtained based on information that led investigators to believe **Boyle** was accessing files from a website known to contain child pornography. The website also facilitated anonymous communication among its users. In order to access this website, **Boyle** used a username.[1] Using this username, **Boyle** accessed multiple website postings that included depictions and discussions of sexual acts involving children. Specifically, **Boyle** accessed a post that contained a link to an image entitled in part, '(babygirl) BabyKim...' that depicted thumbnails of a video in which a baby girl, approximate age 2 months old, has her vagina licked by an adult male and the adult male places his penis next to her vagina.

---

[1] This username is known to law enforcement, but not included in this criminal complaint in order to

9. **Colin Matthew Boyle** and **Anngela Boyle** were present at their White Lake home during the execution of the federal search warrant. **Colin Matthew Boyle** was interviewed by law enforcement. During the interview, **Colin Matthew Boyle** admitted that he downloads child pornography from the internet.

10. During the execution of the search warrant, FBI Senior Forensic Examiner Walker Sharpe performed a cursory preliminary review of Boyle's computer, and found a folder on the desktop, entitled, "pics," that contained several videos depicting child pornography.

11. During the execution of the search warrant, agents also found a "point and click" video camera, which contained a video that depicted a one-year old female child (MV-1), naked. The video focuses in on the child's vaginal/buttocks area, particularly when the child bends over. MV-1 is known to **Colin Matthew Boyle** and **Anngela Boyle**. A male voice, which resembles **Colin Matthew Boyle**, can be heard during the recording.

protect an ongoing investigation.

4

12. **Anngela Boyle** also agreed to be interviewed by law enforcement. Among other things, **Anngela Boyle** admitted that **Colin Matthew Boyle** electronically sends her child pornography via cell phones, and she has sent child pornography back to him the same way. She explained to law enforcement that child pornography is the only thing that sexually excites **Colin Matthew Boyle,** and the transmission of child pornography between the couple is for the purpose of his sexual gratification.

13. **Anngela Boyle** also admitted that together, she and **Colin Matthew Boyle** have engaged MV-1, as well as another child, a three year old boy (MV-2), in sexually explicit activity, on at least four occasions. She indicated that **Colin Matthew Boyle** would have his phone out during these encounters, though she was not sure if he video recorded them.

## CONCLUSION

14. Based upon the foregoing, there is probable cause to believe that **Colin Matthew Boyle** has knowingly produced, distributed, received and possessed child pornography in violation of 18 U.S.C. §§ 2251(a), 2252A(a)(2) and (a)(5)(B).

15. Based upon the foregoing, there is probable cause to believe that **Anngela Boyle** has knowingly distributed, received and possessed child pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and (a)(5)(B).

Accordingly, your Affiant respectfully requests that this Court issue an arrest warrant.

DAVID S. KOTAL
Special Agent, FBI

Sworn to me this 10th day of November, 2015

United States Magistrate Judge